IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | M.B.D. Case No. 21-91522-ADB |
| ) | |
| AVTAR SINGH DHILLON, ) | |
| ) | |
| Defendant ) | |

**[PROPOSED] FIFTH ORDER OF CONTINUANCE AND EXCLUDABLE DELAY**

Upon consideration of the parties' joint motion seeking a fifth order of continuance and excludable delay, the Court finds as follows:

1. The parties have been engaged in diligent and continuing discussions regarding a possible resolution of this matter (which was initiated by a criminal complaint on August 3, 2021, in United States v. Dhillon, Case No. 21cr7174-JCB) which might obviate the need for an indictment, and the requested continuance of the time in which an indictment or information must be filed will permit the parties to further discuss a possible resolution before the government is required to seek an indictment or information.

2. Accordingly, the ends of justice served by granting the requested continuance, and excluding the time period from August 5, 2022 through and including September 9, 2022 from the speedy trial clock, outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

Accordingly, the Court hereby grants the parties' joint motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan*

*for Prompt Disposition of Criminal Cases*, (1) the date on which an indictment or information must be filed is continued to September 9, 2022; and (2) the period from August 5, 2022 through and including September 9, 2022 is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

_____
HON. ALLISON D. BURROUGHS
UNITED STATES DISTRICT JUDGE